YAO–HUNG HUANG, Big Time Auto Parts Manufacturing, Inc., A Taiwan Corporation, Plaintiffs–Appellants

v.

MARKLYN GROUP, INC., A Canadian Corporation, DBA Alpena, Defendant–Appellee.

No. 2015–1587.

United States Court of Appeals, Federal Circuit.

Feb. 4, 2016.

Aaron P. Bradford, Holland & Knight, LLP, Denver, CO, argued for plaintiffs-appellants. Also represented by Cindy Ngoc–Yen Pham.

James Arthur Jablonski, Law Office of James A. Jablonski, Denver, CO, argued for defendant-appellee.

O'MALLEY, REYNA, and CHEN, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Jack BARRON, Plaintiff–Appellee

v.

SCVNGR, INC., dba LevelUp, Defendant–Appellant.

No. 2015–1596.

United States Court of Appeals, Federal Circuit.

Feb. 5, 2016.

John O. Mirick, Mirick O'Connell De-Mallie & Lougee, LLP, Worcester, MA, argued for plaintiff-appellee. Also represented by David L. Fine.

Brian Carl Carroll, SCVNGR, Inc. d/b/a LevelUp, Boston, MA, argued for defendant-appellant. Also represented by Philip C. Swain, Foley Hoag LLP, Boston, MA.

DYK, MAYER, and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**